# STATE OF MICHIGAN

# COURT OF APPEALS

LISA ANN WEAVER, formerly known as LISA
ANN WEAVER-GIFFELS,

        Plaintiff-Appellee,

v

JAMES MICHAEL GIFFELS,

        Defendant-Appellant.

FOR PUBLICATION
November 10, 2016

No. 327844
Kalamazoo Circuit Court
LC No. 2010-007630-DM

Before: MURRAY, P.J., and HOEKSTRA and BECKERING, JJ.

BECKERING, J. (*concurring*).

        I concur in result only.

                                          /s/ Jane M. Beckering